**DISMISS; and Opinion Filed June 28, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00072-CV

### JOSE A. SANCHEZ AND ALL OTHER OCCUPANTS OF
### 6717 LA COSTA DRIVE, ROWLETT, TEXAS 75088, Appellants
### V.
### U.S. BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07247-E**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130072F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE A. SANCHEZ AND ALL OTHER
OCCUPANTS OF 6717 LA COSTA
DRIVE, ROWLETT, TEXAS 75088,
Appellants

No. 05-13-00072-CV          V.

U.S. BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas.
Trial Court Cause No. CC-12-07247-E.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 28th day of June, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

–2–